| | |
|---|---|
| 1 | Stephanie L. Cooper, Esquire |
| | Nevada Bar No. 5919 |
| 2 | THE COOPER CASTLE LAW FIRM |
| | A Multi-Jurisdictional Law Firm |
| 3 | 820 South Valley View Blvd. |
| | Las Vegas, NV 89107 |
| 4 | (702) 435-4175/(702) 435 4181 (facsimile) |
| | Loan No. 3301991/ Our File No. 09-03-1934 |

**ECF FILED ON:**

**MAR 10 2009**

Attorney for Secured Creditor
Chase Home Finance, LLC

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

In re:

MARY L YANCY et. al.,

Debtor(s)

CHAPTER 11
BANKRUPTCY NO.: 08-25567-LBR

### REQUEST FOR SPECIAL NOTICE AND REQUEST TO BE ADDED TO THE MASTER MAILING LIST

TO:  **MARY L YANCY et. al.**          **DEBTORS**

TO:  **PROSE**                          **ATTORNEY FOR THE DEBTOR(S)**

TO:  **U.S. Trustee-RN-11**             **CHAPTER 11 TRUSTEE**

TO:  **ALL INTERESTED PARTIES**

TO:  **THE CLERK OF THE ABOVE ENTITLED COURT**

**NOTICE IS HEREBY GIVEN** that Chase Home Finance, LLC, as a Secured Creditor in the above-entitled action requests that the above-captioned address of its attorney of record be added to the master mailing list in this case and that its attorney receive notice of all proceedings in this matter.

Date: 3/10/09

_____
Stephanie L. Cooper, Esquire
Attorney for Secured Creditor
Chase Home Finance, LLC

- 1 -

Stephanie L. Cooper, Esquire
Nevada Bar No. 5919
THE COOPER CASTLE LAW FIRM
A Multi-Jurisdictional Law Firm
820 South Valley View Blvd.
Las Vegas, NV 89107
(702) 435-4175/(702) 435 4181 (facsimile)
Loan No. 3301991/ Our File No. 09-03-1934

Attorney for Secured Creditor
Chase Home Finance, LLC

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

In re:

MARY L YANCY et. al.,

Debtor(s)

CHAPTER 11
BANKRUPTCY NO.: 08-25567-LBR

### DECLARATION OF MAILING OF SECURED CREDITORS REQUEST FOR SPECIAL NOTICE

The undersigned hereby declares and certifies that on __3/10__, 2009, a copy of the Secured Creditors REQUEST FOR SPECIAL NOTICE was served on the following parties by depositing a copy of the same in the United States Mail, postage prepaid and addressed to:

Mary Yancy
7200 Elite Court
Las Vegas, NV 89129

U.S. Trustee
300 Las Vegas Blvd. So., Suite 4300
Las Vegas, NV 89101

I declare under penalty of perjury that the foregoing is true and correct.

_____
An employee of THE COOPER CASTLE LAW FIRM