PITE DUNCAN, LLP                                                    E-Filed on 03/19/09
1 | STEVEN W. PITE (NV Bar #008226)
  | EDDIE R. JIMENEZ (NV Bar #10376)
2 | EDDIE R. JIMENEZ (NV Bar #10376)
  | 4375 Jutland Drive, Suite 200
3 | P.O. Box 17933
  | San Diego, CA 92177-0933
4 | Telephone: (702) 413-9692
  | Facsimile: (619) 590-1385
5 | E-mail: ecfnvb@piteduncan.com
  | ABRAMS & TANKO, LLLP
6 | MICHELLE L. ABRAMS (NV Bar #005565)
  | 3085 S. Jones Blvd., Suite C
7 | Las Vegas, NV 89146

8 | Attorneys for  AURORA LOAN SERVICES LLC, as servicing agent for MORTGAGE
  |                ELECTRONIC REGISTRATION SYSTEMS, INC., Solely as Nominee for
9 |                CAMERON FINANCIAL GROUP, INC. dba 1ST CHOICE MORTGAGE, its
  |                successors and/or assigns
10 |                    UNITED STATES BANKRUPTCY COURT

11 |                           DISTRICT OF NEVADA

12 | In re                                | Bankruptcy Case No. BK-S-08-25567-lbr

13 | MARY L YANCY,                         | Chapter 11

14 |            Debtor(s).                 | AURORA LOAN SERVICES LLC'S
   |                                       | REQUEST FOR SPECIAL NOTICE AND
15 |                                       | SERVICE OF PAPERS AND
   |                                       | RESERVATION OF RIGHTS
16 |

17 |       TO:      UNITED STATES BANKRUPTCY JUDGE, THE DEBTOR/DEBTORS AND ALL

18 |               INTERESTED PARTIES

19 |               PLEASE TAKE NOTICE that the firm of PITE DUNCAN, LLP, attorneys for Aurora

20 | Loan Services LLC, its successors and/or assigns, hereby requests special notice of all events

21 | relevant to the above-referenced bankruptcy and copies of all pleadings or documents filed in

22 | relation to the above-referenced bankruptcy, including all pleadings or notices under Federal Rules

23 | of Bankruptcy Procedure, Rule 2002, the commencement of any adversary proceedings, the filing

24 | of any requests for hearing, objections, and/or notices of motion, or any other auxiliary filings, as

25 | well as notice of all matters which must be noticed to creditors, creditors committees and parties-in-

26 | interest and other notices as required by the United States Bankruptcy Code and Rules and/or Local

27 | Rules of the above-referenced bankruptcy court.

28 | /././

PITE DUNCAN, LLP, requests that for all notice purposes and for inclusion in the Master Mailing List in this case, the following address be used:

Eddie R. Jimenez
PITE DUNCAN, LLP
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933

Neither this Request for Special Notice nor any subsequent appearance, pleading, claim, proof of claim, documents, suit, motion nor any other writing or conduct, shall constitute a waiver of the within party's:

a.    Right to have any and all final orders in any and all non-core matters entered only after de novo review by a United States District Court Judge;

b.    Right to trial by jury in any proceeding as to any and all matters so triable herein, whether or not the same be designated legal or private rights, or in any case, controversy or proceeding related hereto, notwithstanding the designation or not of such matters as "core proceedings" pursuant to 28 U.S.C. § 157(b)(2)(H), and whether such jury trial right is pursuant to statute or the United States Constitution;

c.    Right to have the reference of this matter withdrawn by the United States District Court in any matter or proceeding subject to mandatory or discretionary withdrawal; and

d.    Other rights, claims, actions, defenses, setoffs, recoupments or other matters to which this party is entitled under any agreements at law or in equity or under the United States Constitution.

All of the above rights are expressly reserved and preserved by this party without exception and with no purpose of confessing or conceding jurisdiction in any way by this filing or by any other participation in these matters.

Dated: March 19, 2009                    /s/ Eddie R. Jimenez
                                          4375 Jutland Drive, Suite 200
                                          P.O. Box 17933
                                          San Diego, CA 92177-0933
                                          (702) 413-9692
                                          NV Bar #10376
                                          Attorney for Movant