**Entered on Docket
March 10, 2011**

_____
**Hon. Bruce T. Beesley
United States Bankruptcy Judge**

_____

J. MICHAL BLOOM, Trial Attorney
State Bar # NV 4706
j.michal.bloom@usdoj.gov
**UNITED STATES DEPARTMENT OF JUSTICE**
Office of the United States Trustee
300 Las Vegas Boulevard, So., Suite 4300
Las Vegas, Nevada 89101
Telephone: (702) 388-6600 Attorney Ext. 229
Facsimile: (702) 388-6658

Attorney for the Acting United States Trustee
    AUGUST B. LANDIS

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| In re:<br><br>**MARY L. YANCY,**<br><br><br><br><br><br><br><br>                                  Debtor. | CASE NO: BK-**S-08-25567-BTB**<br><br>Chapter 11<br>Date: March 8, 2011<br>Time: 1:30 p.m. (PT)<br>Place: Foley Courtroom 4 |
|---|---|

**ORDER GRANTING THE MOTION OF THE ACTING UNITED STATES TRUSTEE, PURSUANT TO 11 U.S.C. § 1112(b) AND FEDERAL RULES OF BANKRUPTCY PROCEDURE 1017(f) AND 9014, TO DISMISS DEBTOR'S BANKRUPTCY CASE**

Based on *The Motion of the Acting United States Trustee, Pursuant to 11 U.S.C. § 1112(b) and Federal Rules of Bankruptcy Procedure 1017(f) and 9014, to Dismiss Debtor's Bankruptcy Case* (the "Motion"), the hearing held on March 8, 2011 at 1:30 p.m. (PT) on the Motion, the Court having reviewed and considered the Motion; and the Court having entertained the arguments of counsel; and the Court having stated its findings of fact and conclusions of law on the record at the hearing, which are incorporated herein by reference in accordance with Fed. R. Civ. P. 52, made applicable here pursuant to Fed. R. Bankr. P. 9014; and good cause having been shown, **IT IS HEREBY ORDERED** that:

    1. The Motion is GRANTED; and it is further ordered that

    2. Debtor's bankruptcy case is hereby DISMISSED.

Submitted by:

**AUGUST B. LANDIS**
**ACTING UNITED STATES TRUSTEE**
**REGION 17**

By: /s/ J. Michal Bloom
J. Michal Bloom, Esq.
United States Department of Justice
Attorney for the Acting United States Trustee

# # #

# **RULE 9021 DECLARATION**

In accordance with Local Rule 9021, the undersigned certifies that:

_____The court has waived the requirement of approval under LR 9021.

_____This a chapter 7 or 13 case, and either with the motion, or at the hearing, I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]

_____This is a chapter 9, 11 or 15 case, and I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved or failed to respond to the document:

\_\_X\_\_\_I certify that I served a copy of this order with the motion, and no parties appeared or filed written objections.


**AUGUST B. LANDIS**
**ACTING UNITED STATES TRUSTEE**
**REGION 17**

By: /s/ J. Michal Bloom
    J. Michal Bloom, Esq.
    United States Department of Justice
    Attorney for the Acting United States Trustee